**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN BELLA,
                  Plaintiff,

    vs.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES
LLC; and LVNV FUNDING LLC;
              Defendants.

Case No. 1:25-cv-00850

**TRANS UNION, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

Trans Union, LLC ("TransUnion"), by and through its undersigned counsel, hereby answers Plaintiff's Complaint (the "Complaint") filed by John Bella ("Plaintiff") as follows.  In accordance with Fed. R. Civ. P. 8(b)(1)(B), the answers of TransUnion are to those allegations which are or which could be understood to be asserted against TransUnion and, unless specifically noted herein, TransUnion lacks knowledge or information sufficient to form a belief as to the truth or falsity of those allegations directed toward any other defendant and on that basis denies them. Moreover, unless expressly admitted herein, TransUnion denies each and every allegation set forth in the Complaint.

**<u>PRELIMINARY STATEMENT</u>**

1.      TransUnion denies that it violated the FCRA (or any other law). TransUnion denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against TransUnion. TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

2.      TransUnion states that the Fair Credit Reporting Act speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of the Fair Credit Reporting Act,

TransUnion denies the allegations as stated.  TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

3.      TransUnion states that the Fair Credit Reporting Act speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of the Fair Credit Reporting Act, TransUnion denies the allegations as stated.  TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

4.      TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

5.      TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

6.      TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

7.      TransUnion states that the Fair Credit Reporting Act speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of the Fair Credit Reporting Act, TransUnion denies the allegations as stated.  TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

8.      TransUnion states that the Fair Credit Reporting Act speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of the Fair Credit Reporting Act, TransUnion denies the allegations as stated.  TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

9.      TransUnion states that the Fair Credit Reporting Act speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of the Fair Credit Reporting Act, TransUnion denies the allegations as stated.  TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

10.     TransUnion denies that it violated the FCRA (or any other law).  TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5). TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

11.     TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

12.     TransUnion denies that it violated the FCRA (or any other law).  TransUnion states that the cited Consumer Financial Protection Bureau article speaks for itself.  TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

13.     TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

14.     TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). TransUnion further states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

15.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion further states that the remaining allegations of this

paragraph are legal conclusions and, so stating, denies them.

16.     TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

17.     TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

18.     TransUnion admits the allegations contained in this paragraph.

19.     TransUnion admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

20.     TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

21.     TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

22.     TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

23.     TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

24.     TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). TransUnion states that the remaining allegations of this paragraph are legal conclusions and, so

stating, denies them.

25.     TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

26.     TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

27.     TransUnion states that the cited cases speak for themselves.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

28.     TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

29.     TransUnion states that the Fair Credit Reporting Act speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of the Fair Credit Reporting Act, TransUnion denies the allegations as stated.

30.     TransUnion states that the cited cases speak for themselves.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

31.     TransUnion states that the cited cases speak for themselves.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

32.     TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

33.     TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

34.     TransUnion states that the cited case speaks for itself.  TransUnion states that the

allegations of this paragraph are legal conclusions and, so stating, denies them.

35.    TransUnion states that the cited article speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

36.    TransUnion states that the cited article speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

37.    TransUnion reasserts its answers and responses set forth herein.

38.    TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

39.    TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

40.    TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

41.    TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

42.    TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

43.    TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

44.    TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

45.    TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient

to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

46.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

47.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

48.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

49.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

50.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

51.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule

8(b)(5).

52.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

53.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

54.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

55.     TransUnion denies the allegations of this paragraph.

56.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

57.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

58.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

59.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

60.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

61.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

62.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

63.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

64.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

65.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

66.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

67.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule

8(b)(5).

68.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

69.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

70.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

71.     TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

72.     TransUnion denies that there are no statements contained in this paragraph that require a response from TransUnion.

73.     TransUnion denies that it "refuse[s] to perform that statutorily mandated FCRA investigation."  As Plaintiff's remaining allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

74.     TransUnion states that it lacks knowledge or information sufficient to form a belief

about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

75.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

76.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

77.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

78.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to

form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

79.    As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

80.    TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

81.    TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

82.    As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

83.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

84.    TransUnion denies the allegations of this paragraph as they apply to TransUnion.

TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

85.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

86.    TransUnion denies the allegations of this paragraph, including its subparts, as they apply to TransUnion.  TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

87.    TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

88.    TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

89.    TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

90.    As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

91.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

92.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

93.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

94.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under

Rule 8(b)(5).

95.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

96.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

97.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

98.     As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to

form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

99.    As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

100.    As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

101.    As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

102.    TransUnion states that the cited case speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

103.    TransUnion states that the cited case speaks for itself.  TransUnion states that the

allegations of this paragraph are legal conclusions and, so stating, denies them.

104.    TransUnion states that the cited cases speak for themselves.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

105.    As Plaintiff's allegations are stated and absent a proper definition of the terms employed, TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

106.    TransUnion states that the cited Consent Order speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

107.    TransUnion states that the cited Consent Order speaks for itself.  TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

108.    TransUnion states that the cited report speaks for itself.  TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

109.    TransUnion states that the cited report speaks for itself.  TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5).  TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

110.    TransUnion states that the cited report speaks for itself.  TransUnion states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to TransUnion, which has the effect of a denial under Rule 8(b)(5). TransUnion states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

111.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

112.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

113.    TransUnion reasserts its answers and responses set forth herein.

114.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

115.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

116.    TransUnion denies the allegations of this paragraph as they apply to TransUnion.

TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

117.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

118.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

119.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

120.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

121.    TransUnion reasserts its answers and responses set forth herein.

122.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule

8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

123.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

124.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

125.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

126.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

127.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

128.    TransUnion denies the allegations of this paragraph as they apply to TransUnion. TransUnion denies that the remaining statements contained in this paragraph require a response

from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

129.     TransUnion reasserts its answers and responses set forth herein.

130.     TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

131.     TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

132.     TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

133.     TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

134.     TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

135.     TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

136.     TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

137.    TransUnion reasserts its answers and responses set forth herein.

138.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

139.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

140.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

141.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

142.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

143.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

144.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

145.    TransUnion denies that the statements contained in this paragraph require a

response from TransUnion as they do not constitute allegations asserted against it, pursuant to Rule 8(b)(1)(B), and thus are considered denied or avoided under Rule 8(b)(6).

146.    TransUnion denies that the statements contained in this paragraph require a response from TransUnion.

## AFFIRMATIVE DEFENSES

TransUnion states the following defenses and reserves its right to assert other and additional defenses, cross claims, and third-party claims not asserted herein of which it becomes aware through discovery or other investigation as may be appropriate at a later time.  In asserting these defenses, TransUnion does not assume any burden of proof, persuasion, or production with respect to any issue where the applicable law places the burden upon Plaintiff.

### FIRST ADDITIONAL DEFENSE

Plaintiff has failed to state a claim against TransUnion upon which relief may be granted.

### SECOND ADDITIONAL DEFENSE

TransUnion has at all times followed reasonable procedures to assure maximum possible accuracy of its credit reports concerning Plaintiff.

### THIRD ADDITIONAL DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### FOURTH ADDITIONAL DEFENSE

At all relevant times, TransUnion acted within the absolute and qualified privileges afforded it under the FCRA, the United States Constitution, applicable State Constitutions and the common law.

### FIFTH ADDITIONAL DEFENSE

Plaintiff has failed to take reasonable steps to mitigate her damages, if any.

## SIXTH ADDITIONAL DEFENSE

Plaintiff's damages are the result of acts or omissions committed by Plaintiff.

## SEVENTH ADDITIONAL DEFENSE

Plaintiff's damages are the result of acts or omissions committed by the other parties over whom TransUnion has no responsibility or control.

## EIGHTH ADDITIONAL DEFENSE

Plaintiff's damages are the result of acts or omissions committed by non-parties to this action over whom TransUnion has no responsibility or control.

## NINTH ADDITIONAL DEFENSE

Any claim for exemplary or punitive damages asserted by Plaintiff violates TransUnion's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the analogous provisions of applicable State Constitutions and under the First Amendment of the United States Constitution and the analogous provisions of applicable State Constitutions.

## TENTH ADDITIONAL DEFENSE

TransUnion reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant TransUnion LLC, respectfully prays that:

A.    Plaintiff takes nothing by way of their Complaint, and the action be dismissed with prejudiced as to TransUnion;

B.    Judgment be entered in favor of TransUnion and against Plaintiff with respect to all causes of action in the Complaint;

      C.     This Court award TransUnion its attorneys' fees and all other costs reasonably incurred in defense of this action; and

      D.     The Court award TransUnion such other relief that this Court deems just and proper.

Dated: February 24, 2025          Respectfully submitted,

                    **BUCHANAN INGERSOLL & ROONEY PC**

                    <u>*/s/ Andrew G. Hope*</u>
                    Andrew G. Hope (NY ID 4913547)
                    Two Liberty Place
                    50 S. 16th Street, Suite 3200
                    Philadelphia, PA 19102
                    (215) 665-8700
                    andrew.hope@bipc.com

                    *Counsel for Defendant Trans Union, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 24th day of February, 2025, I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system.

*<u>/s/ Andrew G. Hope</u>*
Andrew G. Hope

*Counsel for Trans Union, LLC*