UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN BELLA,

                        Plaintiff,                  **25 Civ. No. 0850 (KPF)**

      -against-                                 **PRE-SETTLEMENT
CONFERENCE ORDER**

TRANS UNION LLC, *et al.,*

                       Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Friday, August 22, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 396 901 013#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in November 2025.

      **SO ORDERED.**

DATED:    New York, New York
              August 7, 2025

                                                        _____
                                                          The Honorable Gary Stein
                                                         United States Magistrate Judge