**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN BELLA,

                    Plaintiff,

vs.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES LLC; and LVNV
FUNDING LLC;

                    Defendants.

Case No. 1:25-cv-00850



**OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

TO:    Abel L. Pierre, Esq.
        Law Office of Abel L. Pierre, P.C.
        165 Broadway
        23rd Floor
        New York, NY 10006
        abel@apierrelaw.com

        Craig C. Marchiando, Esq.
        Consumer Litigation Associates
        763 J. Clyde Morris Blvd.
        Suite 1-A
        Newport News, VA 23601
        757-930-3660
        craig@clalegal.com

*Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 68, Defendant Trans Union, LLC ("TransUnion"), by and through its undersigned counsel, Buchanan Ingersoll & Rooney PC, hereby offers to allow judgment to be taken against it by plaintiff John Bella ("Plaintiff") for a sum, *including costs and attorneys' fees now accrued,* of $60,000, in full satisfaction and resolution of all claims, including claims for attorneys' fees and costs, which Plaintiff has and/or

could have asserted against TransUnion in this Action. TransUnion does not intend to offer to pay any other amount to Plaintiff or his counsel beyond that stated above.

Pursuant to Fed. R. Civ. P. 68(c), please provide written notice of Plaintiff's acceptance of the within offer within fourteen (14) days of service of this offer. If this offer is not accepted by written notice within fourteen (14) days after it is served, it shall be deemed withdrawn.

TransUnion makes this offer of judgment for the purposes specified in Fed. R. Civ. P. 68. TransUnion does not, by making this offer, admit any liability to Plaintiff or admit that Plaintiff is entitled to any damages as a result of any conduct by TransUnion.

By this offer, TransUnion does not waive, and expressly reserves, its rights to appeal any pre-judgment rulings by the Court.

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Krista A. Rose*
Krista A. Rose, Esq. (admitted *pro hac vice*)
Andrew G. Hope (NY ID No. 5717596)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
krista.rose@bipc.com
andrew.hope@bipc.com
*Counsel for Defendant Trans Union, LLC*

Dated: November 7, 2025

2

ACCEPTED ON BEHALF OF PLAINTIFF JOHN BELLA

By: _____

Abel L. Pierre, Esq.
Law Office of Abel L. Pierre, P.C.
165 Broadway
23rd Floor
New York, NY 10006
abel@apierrelaw.com

Craig C. Marchiando, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Blvd.
Suite 1-A
Newport News, VA 23601
757-930-3660
craig@clalegal.com


Dated: Nov. 17 , 2025

3

## CERTIFICATE OF SERVICE

I, Krista Rose, hereby certify that on this 7th day of November, 2025, that a true and correct

copy of the foregoing document was served upon the following parties by e-mail:

Abel L. Pierre, Esq.
Law Office of Abel L. Pierre, P.C.
165 Broadway
23rd Floor
New York, NY 10006
abel@apierrelaw.com

Craig C. Marchiando, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Blvd.
Suite 1-A
Newport News, VA 23601
757-930-3660
craig@clalegal.com
*Attorneys for Plaintiff*

*/s/ Krista A. Rose*
Krista A. Rose

The Clerk of Court is directed to enter the above judgment and terminate Defendant Trans Union LLC from the docket.

Dated:     January 8, 2026            SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE