UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BELLA, <br><br>         Plaintiff, <br><br>     -v.- <br><br> EXPERIAN INFORMATION SOLUTIONS INC. and LVNV FUNDING LLC, <br><br>         Defendants. | 25 Civ. 850 (KPF) |
| JOHN BELLA, <br><br>         Plaintiff, <br><br>     -v.- <br><br> RESURGENT CAPITAL SERVICES LP, <br><br>         Defendant. | 26 Civ. 442 (KPF) <br><br> **ORDER CONSOLIDATING CASES** |

KATHERINE POLK FAILLA, District Judge:

On March 23, 2026, the Court held a pretrial conference in No. 25 Civ. 850 (KPF) (the "*LVNV* Action") to discuss (i) Plaintiff's anticipated motion for summary judgment (*see LVNV* Dkt. #73, 75); (ii) Plaintiff's motion to compel (*LVNV* Dkt. #74); and (iii) Plaintiff's renewed motion to consolidate the *LVNV* Action with No. 26 Civ. 442 (KPF) (the "*Resurgent* Action") (*see LVNV* Dkt. #80). For the reasons set forth on the record at the March 23, 2026 conference, Plaintiff's motion to compel is DENIED and his motion to consolidate is GRANTED.

On or before **March 30, 2026**, the parties shall file a status update providing (i) a deadline for Plaintiff to file an Amended Complaint that incorporates allegations from the Complaint in the *Resurgent* Action but makes

no additional allegations as to any other Defendant; (ii) a deadline for Resurgent Capital Services LP ("Resurgent") to answer or otherwise respond to that Amended Complaint; and (iii) a proposed discovery schedule as to Resurgent.

The briefing on Plaintiff's motion for summary judgment in the *LVNV* Action will be deferred until discovery is completed as to Resurgent.  Any further filings by the parties shall be on the docket of the *LVNV* Action.

The Clerk of Court is directed (i) to file this Order in both cases cited in the caption; (ii) to add Defendant Resurgent Capital Services LP as a Defendant in the *LVNV* Action; (iii) to terminate all pending motions, adjourn all remaining dates, and close the *Resurgent* Action; and (iv) to terminate the pending motions at docket entries 74 and 80 in the *LVNV* Action.

SO ORDERED.

Dated:   March 23, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2